UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                           Criminal No. 09-cr-76-01-B

<u>Brian Fantry</u>

<u>**O R D E R**</u>

    The defendant has moved to continue the August 18, 2009 trial in the above case.  Defendant cites the need for additional time to complete plea negotiations.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to complete plea negotiations and properly prepare for trial, the court will continue the trial from August 18, 2009 to September 1, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Counsel shall contact the clerk to schedule the change of plea hearing.

SO ORDERED.

                                               /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              Chief Judge

July 31, 2009

cc:  Joseph R. D'Andrea, Esq.
     George Campbell, Esq.
     Peter Papps, Esq.
     United States Probation
     United States Marshal