**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

   **v.**                                               Case No. 09-cr-76-PB

**Brian Fantry**

**O R D E R**

The defendant, through counsel, has moved to continue the
trial scheduled for September 1, 2009, citing the need for
additional time to finalize plea negotiations or prepare for
trial.  The government does not object to a continuance of the
trial date.

Accordingly, for the above reason and to allow the parties
additional time to properly prepare for trial, the court will
continue the trial from September 1, 2009 to November 3, 2009.
In agreeing to continue the trial, the court finds pursuant to 18
U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the
ends of justice served in granting a continuance outweigh the
best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on October

19, 2009 at 3:45 p.m.

No further continuances.

SO ORDERED.


                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge
August 25, 2009

cc:  Joseph R. D'Andrea, Esq.
     George Campbell, Esq.
     Peter Papps, Esq.
     United States Probation
     United States Marshal